IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

_Francisco X. Solis_
Plaintiff's name and ID Number
_Ramsey Two, 1200 FM 655_
_Rosharon Tx 77583_
Place of Confinement

CASE NO. __B-04-009 4__
(Clerk will assign the number)

v.

_Doug Dretke, Director_
_TDCJ-ID_
_P.O. Box 99 Huntsville, Tx_
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Francisco X. Solis_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment  Yes☐ No☑
   b. Rent payments, interest or dividends?  Yes☐ No☑
   c. Pensions, annuities or life insurance payments?  Yes☐ No☑
   d. Gifts or inheritances?  Yes☐ No☑
   e. Family or friends?  Yes☑ No☐
   f. Any other sources?  Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _Brother Jose M Solis PO Box 153 La Feria_
   _TX Amount about $10.00 every 3rd month_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐       No☑
   If you answered YES, state the total value of the items owned.

_____
_____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes☐        No☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __13__ day of __March__, 2004

_Francisco X. Solo_  #586269
Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**