IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
APR 0 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANSISCO X. SOLIS,<br>    Petitioner,<br><br>VS.<br><br>DOUG DRETKE, Director of the Texas<br>Department of Criminal Justice<br>Institutional Division,<br>    Respondent. | §<br>§<br>§<br>§  MISC. ACTION NO. B-04-009<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Petitioner, Fransisco X. Solis ("Solis"), filed a Motion for Order Authorizing Second Application for Writ of Habeas Corpus (Docket No. 1) on March 19, 2004. Respondent, Doug Dretke, Director, TDCJ ("The Director") is ordered to file a response by June 7, 2004.

DONE at Brownsville, Texas, this 7th day of April, 2004.

_____
John Wm. Black
United States Magistrate Judge