IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FRANSISCO X. SOLIS,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | MISC. ACTION NO. B-04-009 |
| DOUG DRETKE, Director of the Texas<br>Department of Criminal Justice<br>Institutional Division,<br>Respondent. | §<br>§<br>§<br>§<br>§ | |

### ORDER

Pro se petitioner, Fransisco X. Solis ("Solis"), filed an Application to Proceed in Forma Pauperis (Docket No. 3) on March 19, 2004.

IT IS hereby ORDERED that Petitioner will be allowed to proceed in Forma Pauperis and the Clerk of the Court is ordered to file the above styled case as a Civil Action.

DONE at Brownsville, Texas, this 7th day of April, 2004.

_____
John Wm. Black
United States Magistrate Judge