IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 1 8 2004
Michael N. Milby
Clerk of Court

FRANSISCO X. SOLIS
   Petitioner

vs.

DOUG DRETKE, Director of the Texas
Department of Criminal Justice
Institutional Division
   Respondent.

Misc. Action No. B-04-009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MICHAEL N. MILBY CLERK

Dear Sir:

Please find herein enclosed Petitioner's "MOTION FOR DEFAULT JUDGEMENT" against the above said respondent in the above said styled cause of action to be filed with this honorable court in the above and foregoing cause number, thank you in advance.

Respectfully Submitted

Fransisco X. Solis #586209
Petitioner - Pro-Se
9601 Spur 591
William P. Clements Unit
Amarillo, Texas
79107-9606

Done this 7th Day of June/04