Mr. Francisco J. Solis
TDC # 546219
Bill Clement Unit
9601 Spur 591
Amarillo, TX 79107-9606

Clerk of the Court —
Mr. Michael N. Milby
1217 U.S. Court House
515 Rusk Street
Houston, TX 77002

77002+2600

United States Courts
Southern District of Texas
FILED
JUL 0 2 2004
Michael N. Milby, Clerk

LF