B-04-0009

To: MICHAEL N. MILBY, Clerk  
1217 U.S. COURTHOUSE  
515 RUSK STREET  
HOUSTON, TX 77002

23 March 04

United States District Court  
Southern District of Texas  
RECEIVED  
MAR 24 2004  
Michael N. Milby, Clerk

United States Courts  
Southern District of Texas  
FILED  
MAR 19 2004  
Michael N. Milby, Clerk

Dear Mr. Milby,

    Enclosed please find 1 original and 1 copy of Motion For Order Authorizing Second Application For Writ of Habeas Corpus, Motion For Appointment of Legal Counsel, Motion For Discovery, and 1 Application for In Forma Pauperis with 1 Certificate of Indigency. Please file these documents with the Court.

    Please return a date-stamped copy of this letter to me with the Case Number it is filed under. Please notify me if you require any further actions on my part.

    Thank you for your time and assistance in this matter. It is greatly appreciated.

Sincerely, Francisco X. Solis

    FRANCISCO X. SOLIS, # 586219  
    RAMSEY TWO UNIT  
    1200 FM 655  
    ROSHARON, TX 77583