Mr. Francisco J. Solis
TDC # 596219
Bill Clement Unit
9601 Spur 591
Amarillo, TX 79107-9606

— Clerk of the Court —
Mr. Michael N. Milby
1217 N.S. Court House
515 Rusk Street
Houston, TX 77002

77002+2600